UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :
                                 :     ORDER
            v.                   :
                                 :     21 Cr. 235 (KPF)
BRIAN MEJIA,                     :
                                 :
            Defendant.           :
                                 :
- - - - - - - - - - - - - - - - - - x

Upon the annexed Affirmation and Application of the United States Attorney for the Southern District of New York, by Assistant United States Attorney Alexandra Rothman, pursuant to the All Writs Act, Title 28, United States Code, Section 1651, requesting that an Order be issued unsealing the testimony of grand jury proceedings in the files of the Office of the Bronx County District Attorney associated with the following individual:

    a.    BRIAN MEJIA, ▮▮▮▮▮▮▮▮▮▮ NYSID No. 13022541Q

IT IS HEREBY ORDERED that the materials specified above in the files of the Office of the Bronx County District Attorney be unsealed and made available to the United States Attorney's Office for the Southern District of New York.

Dated:  April 8, 2021
        New York, New York

                                 _____
                                 HONORABLE KATHERINE POLK FAILLA
                                 UNITED STATES DISTRICT JUDGE