UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    v.<br><br>BRIAN MEJIA,<br><br>                              Defendant. | 21 Cr. 235 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The initial pretrial conference in this matter will be held on **May 7, 2021, at 11:30 a.m.** The conference will proceed by video. Access instructions will be provided in advance of the conference.

It is ORDERED that time is excluded under the Speedy Trial Act through **May 7, 2021**. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendant in a speedy trial because it will allow for the conference to proceed remotely, as is the defendant's preference, and will provide additional time for the production and review of discovery.

SO ORDERED.

Dated:  April 13, 2021
        New York, New York

                                                    _____
                                                    KATHERINE POLK FAILLA
                                                    United States District Judge