UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| v. | 21 Cr. 235 (KPF) |
| BRIAN MEJIA, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The pretrial conference scheduled for August 4, 2021, is ADJOURNED to **September 8, 2021, at 12:00 p.m.**

It is ORDERED that time is excluded under the Speedy Trial Act through **September 8, 2021**. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendant in a speedy trial because it will allow for the parties to continue plea discussions.

SO ORDERED.

Dated: August 2, 2021
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge