UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>               -v.-<br><br>BRIAN MEJIA,<br><br>               Defendant. | 21 Cr. 235 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

      The pretrial conference in this matter is scheduled for September 8, 2021, at 12:00 p.m.  The conference will proceed via video conference, with public audio access as follows: Dial-in (917) 933-2166, PIN 909783550#. Instructions for video participants will be sent separately in advance of the conference.

      SO ORDERED.

Dated:  September 2, 2021
            New York, New York

                                                              KATHERINE POLK FAILLA
                                                           United States District Judge